**ZEMAN & WOMBLE, LLP**
ATTORNEYS AT LAW
66 WILLOUGHBY STREET, 2ND FLOOR
BROOKLYN, NEW YORK 10007
(718) 514-9100 · FAX (917) 210-3700
WWW.ZEMANWOMBLELAW.COM

May 11, 2018

**BY ECF & EMAIL**

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Sire Gaye*, 18 Cr. 153 (CM)

Hon. Judge McMahon:

  Please accept this letter as a joint request for a modification (actually an added condition) to Mr. Gaye's bail conditions. First, allow me to provide brief background to provide context for this request. Mr. Gaye has an open criminal matter in Queens Supreme Court (indictment 625/2018) where bail had been set. His family has posted the bond for that case through a bail bond agency.

  Assistant U.S. Attorney Mollie Bracewell had Mr. Gaye produced in federal court yesterday, May 10, 2018, in order for his release pursuant to this Court's approved bail package. However, late yesterday, both I and the government were informed by Pretrial Services that prior to Mr. Gaye's release from federal custody, the Marshall Service discovered a state detainer related to his open Queens case. The Marshall handling the matter informed Pretrial Services that he believes the detainer is administrative in nature and hopefully can be resolved in a matter of days. Pursuant to the state detainer, Mr. Gaye has been transferred to state custody.

1

  I have reached out to Mr. Gaye's Queens attorney as well as the bail bond agency to inform them of the situation. Pursuant to the aforementioned issues, Pretrial Services has asked for a modification to the bail package to include the following:

- Upon release from state custody, Mr. Gaye should report to Pretrial Services within 24 hours to receive his ankle monitor (or, if release occurs on a Friday, Saturday or Sunday, he should report by 5pm on the following Monday).

Thank you for consideration of this request.

                    Respectfully,

                    /s/ Ken Womble

Cc: AUSA Mollie Bracewell