**ZEMAN & WOMBLE, LLP**
ATTORNEYS AT LAW
66 WILLOUGHBY STREET, 2ND FLOOR
BROOKLYN, NEW YORK 10007
(718) 514-9100 · FAX (917) 210-3700
WWW.ZEMANWOMBLELAW.COM

**BENJAMIN ZEMAN**
**KEN WOMBLE**

June 11, 2018

**BY ECF & EMAIL**

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:   *United States v. Sire Gaye*, 18 Cr. 153 (CM)

Hon. Judge McMahon:

    I represent Sire Gaye in the above titled action.  There is a conference scheduled for today, June 11, 2018, at 4pm.  I am currently on trial in the matter of United States v. Avtandil Khurtsidze, 17 Cr. 350 (KBF) before Judge Forrest.  I respectfully request that my partner, Benjamin Zeman, be permitted to appear on behalf of Mr. Gaye for today's conference.  I have discussed this matter with my client and he consents to this request.

    Thank you for your consideration of this request.

                                                    Respectfully submitted,
                                                  /s/
                                                  Ken Womble

Cc:   AUSA Mollie Bracewell (via email)