**ZEMAN & WOMBLE, LLP**
ATTORNEYS AT LAW
**66 WILLOUGHBY STREET, 2ND FLOOR**
**BROOKLYN, NEW YORK 10007**
**(718) 514-9100 · FAX (917) 210-3700**
WWW.ZEMANWOMBLELAW.COM

September 20, 2018

**BY ECF & EMAIL**

Honorable Colleen McMahon
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

**Re:** *United States v. Sire Gaye*, 18 Cr. 153 (CM)

Hon. Judge McMahon:

    I represent Mr. Sire Gaye in the above-entitled indictment.

    I write to respectfully request a modification of Mr. Gaye's current bail for a single day. The government has been consulted and consents to this request.

    Mr. Gaye currently has an open bench warrant in Essex County Superior Court, Newark, New Jersey (docket number ESX1708023251). I request that the travel restrictions on Mr. Gaye be modified to allowed him to travel to Essex County Superior Court in Newark, New Jersey on Monday, September 24, 2018, solely for the purposes of clearing the aforementioned bench warrant.

    Thank you for your attention to this request.

                                            Respectfully,
                                            /s/ Ken Womble

Cc:    AUSA Mollie Bracewell